**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SCHLUMBERGER TECHNOLOGY CORPORATION § § § *Plaintiff,* § § v. § § BORETS WETHERFORD U.S., INC. et al., § § *Defendants.* § | Case No. 2:12-CV-613-JRG-RSP |

## ORDER

Before the Court is Defendant Weatherford International Inc.'s Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted (Dkt. No. 13, filed December 24, 2012). The Magistrate Judge filed a report recommending that the motion be denied. (Report and Recommendation, Dkt. No. 56, filed September 23, 2013). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is ADOPTED.

Accordingly, Weatherford's Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted (Dkt. No. 13) is **DENIED**.

**So Ordered and Signed on this**

**Sep 10, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE